IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SHIMP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:18-cv-2872 |
| ) | |
| **ORACLE AMERICA, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT ORACLE AMERICA, INC.'S
OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND
SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Defendant Oracle America, Inc. ("Oracle" or "Defendant"), by and through undersigned counsel and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby objects and responds to Plaintiff's Second Set of Requests for the Production of Documents as follows.

**GENERAL OBJECTIONS**

The following objections are asserted as applicable to each and every one of Plaintiff's requests:

Oracle objects to Plaintiff's Requests for the Production of Documents to the extent they seek any information protected by the attorney work product doctrine or the attorney-client privilege. The protections afforded under the attorney work product doctrine and the attorney-client privilege are expressly preserved.

Oracle incorporates by reference the above general objections into each of the requests and individual objections set forth below, except as otherwise noted. Oracle has also stated specific objections to certain requests. By making such objections, Oracle does not thereby waive the foregoing general objections.

1

## SPECIFIC OBJECTIONS AND RESPONSES
## TO REQUESTS FOR PRODUCTION

**REQUEST NO. 1**

Provide a statement of Defendant's current net worth, certified as true by a public accountant.

**OBJECTION:** Oracle objects to this Request on the grounds that it is neither relevant to either party's claims or defenses nor proportional to the needs of the case. Oracle's net worth has no bearing on whether Plaintiff was the victim of gender discrimination. Moreover, the document sought contains confidential information to which Plaintiff is not entitled.

**RESPONSE:** Oracle stands on its objection.

**REQUEST NO. 2**

Provide a copy of Defendant's 2019 U.S. and state corporate tax return.

**OBJECTION**: Oracle objects to this Request on the grounds that it is neither relevant to either party's claims or defenses nor proportional to the needs of the case. The financial information contained in Oracle's 2019 federal and state corporate tax returns has no bearing on whether Plaintiff was the victim of gender discrimination. Moreover, the documents sought contain confidential information to which Plaintiff is not entitled.

**RESPONSE:** Oracle stands on its objection.

**REQUEST NO. 3**

Provide a copy of Defendant's most recent annual and quarterly report filed with the Securities Exchange Commission.

**OBJECTION:** Oracle objects to this Request on the grounds that it is neither relevant to either party's claims or defenses nor proportional to the needs of the case. Oracle's financial information has no bearing on whether Plaintiff was the victim of gender discrimination. Oracle

further objects on the grounds that the information sought is publicly accessible and equally available to Plaintiff.  *See* https://investor.oracle.com/financial-reporting/sec-filings/default.aspx.

**RESPONSE:**  Oracle stands on its objection.

**REQUEST NO. 4**

Provide a copy of Defendant's EEO-1 Statements for 2015 through 2018.

**OBJECTION:**  Oracle objects to this Request on the grounds that it is neither relevant to either party's claims or defenses nor proportional to the needs of the case.  This is a single plaintiff disparate treatment case.  A detailed breakdown of Oracle's workforce by race/ethnicity, gender, and job category has no bearing on whether Plaintiff was the victim of gender discrimination.

**RESPONSE:**  Oracle stands on its objection.

**REQUEST NO. 5**

Provide a copy of any Affirmative Action Plan, relating to women and/or gender, in place from 2015 to the date of Plaintiff's termination.

**OBJECTION:**  Oracle objects to this Request on the grounds that it is neither relevant to either party's claims or defenses nor proportional to the needs of the case.  This is a single plaintiff disparate treatment case.  Information regarding Oracle's Affirmative Action Plan has no bearing on whether Plaintiff was the victim of gender discrimination.

**RESPONSE:** Oracle stands on its objection.

**REQUEST NO. 6**

Provide a copy of any documents reflecting any efforts undertaken between January 1, 2015 and the date of Plaintiff's termination, to comply with any Affirmative Action Plan relating to women and/or gender, including, but not limited to, organizational displays, workforce analyses, and job group analyses.

**OBJECTION:** Oracle objects to this Request on the grounds that it is neither relevant to either party's claims or defenses nor proportional to the needs of the case.  This is a single plaintiff

disparate treatment case.  Information regarding Oracle's compliance with any Affirmative Action Plan has no bearing on whether Plaintiff was the victim of gender discrimination.

**RESPONSE:** Oracle stands on its objection.

Dated: October 18, 2019                                                         Respectfully submitted,

                                                                                                /s/ Alison D. Kewer
                                                                                                Steven W. Ray, Esq.
                                                                                                D.C. Bar No. 416740
                                                                                                Amy E. Smith, Esq.
                                                                                                D.C. Bar No. 1021672
                                                                                                Alison D. Kewer, Esq.
                                                                                                Admitted *Pro Hac Vice*
                                                                                                Isler Dare, P.C.
                                                                                                1945 Old Gallows Road, Suite 650
                                                                                                Vienna, Virginia 22182
                                                                                                Phone: (703) 748-2690
                                                                                                sray@islerdare.com
                                                                                                asmith@islerdare.com
                                                                                                akewer@islerdare.com
                                                                                                *Counsel for Oracle America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2019, I served a true and accurate copy of the foregoing by email and first-class mail upon the following:

> Debra Soltis, Esq.
> Marcus T. Massey, Esq.
> Kiyonaga & Soltis, P.C.
> 910 Seventeenth Street, NW, Suite 800
> Washington, DC 200006
> dsoltis@kiyosol.com
> mmassey@kiyosol.com
> *Counsel for Plaintiff*

                                                                                                /s/ Alison D. Kewer
                                                                                                Alison D. Kewer