**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY SHIMP,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ORACLE AMERICA, INC.** )<br>)<br>**Defendant.** )<br>) | Case No. 1:18-cv-2872 |

## JOINT NOTICE OF AGREEMENT TO MEDIATE WITH MAGISTRATE JUDGE

Pursuant to this Court's Order of October 24, 2019, Plaintiff Mary Shimp and Defendant Oracle America, Inc., by and through undersigned counsel, respectfully notify this Court that they agree to participate in the mediation of this matter with a Magistrate Judge. Accordingly, the parties jointly request that the case be referred to United States Magistrate Judge G. Michael Harvey for mediation and that the out-of-time deposition of Charles McDonald and the resolution of any discovery disputes be stayed pending mediation.

Dated: October 31, 2019                             Respectfully submitted,

   */s/ Marcus Massey*                                   */s/ Steven W. Ray*
Marcus T. Massey (D.C. Bar No. 1012426)      Steven W. Ray, Esq. (D.C. Bar No. 416740)
Debra Soltis, Esq. (D.C. Bar No. 435715)        Amy E. Smith, Esq. (D.C. Bar No. 1021672)
Paul Kiyonaga (D.C. Bar No. 428624)            Alison D. Kewer, Esq. (Admitted *Pro Hac Vice*)
Kiyonaga & Soltis, P.C.                                  Isler Dare, P.C.
910 17th Street NW, Suite 800                      1945 Old Gallows Road, Suite 650
Washington, DC 20006                                 Vienna, Virginia 22182
Phone: (202) 363-2776                                  Phone: (703) 748-2690
dsoltis@kiyosol.com                                     sray@islerdare.com
pkiyonaga@kiyosol.com                              asmith@islerdare.com
mmassey@kiyosol.com                                akewer@islerdare.com
*Counsel for Mary Shimp*                           *Counsel for Oracle America, Inc.*