**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY SHIMP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:18-cv-2872 (CRC) |
| ) | |
| **ORACLE AMERICA, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order entered November 13, 2019, the Parties set forth the following Joint Status Report.

On January 16, 2020, the Parties participated in mediation before U.S. Magistrate Judge Harvey. The mediation session was productive, and the Parties have agreed upon terms to settle the case. The Parties have signed term sheets and are in the process of creating a formal agreement reflecting these terms.

Accordingly, the Parties request that the case be stayed until February 21, 2020, so that they have adequate time to formalize the settlement and submit a stipulation of dismissal.

Dated: January 20, 2020                                    Respectfully submitted,

/s/*Marcus Massey*                                          /s/ *Steven W. Ray*
Marcus T. Massey                                             Steven W. Ray, Esq.
D.C. Bar No. 1012426                                        D.C. Bar No. 416740
Debra Soltis, Esq.                                               Amy E. Smith, Esq.
D.C. Bar No. 435715                                          D.C. Bar No. 1021672
Paul Kiyonaga                                                    Alison D. Kewer, Esq.
D.C. Bar No. 428624                                          Admitted *Pro Hac Vice*
Kiyonaga & Soltis, P.C.                                      Isler Dare, P.C.
910 17th St., NW, Suite 800                              1945 Old Gallows Road, Suite 650
Washington, DC 20006                                     Vienna, Virginia 22182
Phone: (202) 363-2776                                      Phone: (703) 748-2690
dsoltis@kiyosol.com                                          sray@islerdare.com
*Counsel for Mary Shimp*                                *Counsel for Oracle America, Inc.*