IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SHIMP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:18-cv-2872 (CRC) |
| | ) |
| **ORACLE AMERICA, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mary Shimp, and Defendant Oracle America, being all parties that have appeared in this action, hereby agree and stipulate to the dismissal with prejudice of the above-captioned action.

Respectfully submitted,

| | |
|---|---|
| _/s/ Marcus Massey_ | _/s/ Steven W. Ray_ |
| Marcus T. Massey | Steven W. Ray, Esq. |
| D.C. Bar No. 1012426 | D.C. Bar No. 416740 |
| Debra Soltis, Esq. | Amy E. Smith, Esq. |
| D.C. Bar No. 435715 | D.C. Bar No. 1021672 |
| Paul Kiyonaga | Alison D. Kewer, Esq. |
| D.C. Bar No. 428624 | Admitted *Pro Hac Vice* |
| Kiyonaga & Soltis, P.C. | Isler Dare, P.C. |
| 910 17th St., NW, Suite 800 | 1945 Old Gallows Road, Suite 650 |
| Washington, DC 20006 | Vienna, Virginia 22182 |
| Phone: (202) 363-2776 | Phone: (703) 748-2690 |
| dsoltis@kiyosol.com | sray@islerdare.com |
| *Counsel for Mary Shimp* | *Counsel for Oracle America, Inc.* |